J S - 6

Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Jose Cendejas*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE CENDEJAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>POMONA VALLEY IMAGING MEDICAL GROUP, INC.; AMERICAN MEDICAL RESPONSE, INC. d/b/a AMR, GLOBAL MEDICAL RESPONSE; TEMECULA VALLEY EMERGENCY MEDICAL ASSOCIATES, INC.; CMRE FINANCIAL, INC.; CLAREMONT IMAGING ASSOCIATES, A MEDICAL CORPORATION; KAISER FOUNDATION HEALTH PLAN; PREMIER ORTHOPAEDIC TRAUMA SPECIALISTS, PMC; CREDENCE RESOURCE MANAGEMENT, LLC; and PVCH CLINICAL LABORATORY MEDICAL GROUP, INC.;<br><br>　　　　Defendants. | **Case No.: 5:23-cv-01953-SSS-AJRx**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CMRE FINANCIAL, INC.**<br><br>**NOTE CHANGES MADE BY COURT** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant CMRE Financial, Inc. ("CMRE"), and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendant CMRE.

The Court notes Defendant CMRE is the last remaining Defendant. Therefore, in view of this Stipulation, the Clerk is hereby **DIRECTED** to close this action.

**IT IS ORDERED.**

Dated: March 28, 2024

Honorable Sunshine S. Sykes
United States District Judge